UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
Noorjahan Haggerty, Inc.   Case No. 22-40197-tjt

                                              Hon. Thomas J. Tucker
              Debtor(s).                   Chapter 11, Subchapter V
_____/

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S
## REPORT OF NO DISTRIBUTION

      Funds Collected: $4,692.50. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 9 months. Assets Abandoned (without deducting any secured claims): $129,723.16, Assets Exempt: $0.00, Claims Scheduled: $54,780.60 Claims Asserted: $73,377.93. Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $54,780.60.

                                              Respectfully submitted,

                                              SUBCHAPTER V. TRUSTEE

Dated: October 21, 2022              By: /s/ Kimberly Ross Clayson
                                              Kimberly Ross Clayson (P69804)
                                              JAFFE, RAITT, HEUER & WEISS, P.C.
                                              27777 Franklin Road – Suite 2500
                                              Southfield, MI 48034
                                              P: 248.351.3000
                                              kclayson@jaffelaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:
Noorjahan Haggerty, Inc.

Case No. 22-40197-tjt

Hon. Thomas J. Tucker
Debtor(s).             Chapter 11, Subchapter V

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to the Office of the United States Trustee and all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

Respectfully submitted,

SUBCHAPTER V. TRUSTEE

Dated: October 21, 2022

By: /s/ Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road – Suite 2500
Southfield, MI 48034
P: 248.351.3000
kclayson@jaffelaw.com